UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------X

JAY WINEGARD, on behalf of himself and
all others similarly situated,

                      Plaintiffs,

   -against-                            Case No.: 1:20-cv-04743

PATHFACTORY CORP. d/b/a
www.pathfactory.com,

                      Defendant.

------------------------------------------------------------X

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, under Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss this action with prejudice, resolving all matters in dispute having been made and each party to bear its own fees and costs.

Dated: December 21, 2020
Manhasset, New York

_____
Mitchell Segal, Esq.
Law Offices of Mitchell Segal, P.C.
1129 Northern Boulevard, Suite 404
Manhasset, New York 11030
Tel: (516) 415-0100
msegal@segallegal.com
*Attorneys for Plaintiff*

Dated: 12/21/2020
Melville, New York

_____
Adam G. Guttell
Jackson Lewis P.C.
58 South Service Road, Suite 250
Melville, New York 11747
Tel: (631) 247-0404
Adam.Guttell@Jacksonlewis.com
*Attorneys for Defendant*

SO ORDERED:

Dated: Brooklyn, New York

December 22, 2020

/s/(ARR)

_____
United States District Judge